# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANGELO LEVI,

          Plaintiff,

vs.

SOCIAL SECURITY ADMINISTRATION,

          Defendant.

Case No. 2:12-cv-00909-MMD-GWF

**ORDER**

      This matter is before the Court on Plaintiff's Motion to Serve Party with Summons and Complaint (#13), filed January 8, 2013. Plaintiff requests the court issue a summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the U.S. Marshal for service. A return of service upon the United States Attorney of the Summons and Complaint was filed with the Court on January 10, 2013. Accordingly,

      **IT IS ORDERED** that Plaintiff's Motion to Serve Party with Summons and Complaint (#13) is **denied,** as moot.

      DATED this 10th day of January, 2013.

                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge